No. 87–358.   BARSHOV ET AL. v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 87–360.   JIMENEZ v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 87–384.   BELIZAIRE v. UNITED STATES.   Ct. Mil. App. Certiorari denied.

No. 87–387.   HEYDEN v. SCHOENFELD ET AL.   C. A. 7th Cir. Certiorari denied.

No. 87–401.   GRIMES v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 11th Cir.   Certiorari denied.

No. 87–5103.   HERNANDEZ-LOPEZ v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 87–5161.   WATSON v. BUTLER, WARDEN.   C. A. 5th Cir. Certiorari denied.

No. 87–5173.   WAYNO v. BOB STEELE CHEVROLET, INC., ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 87–5194.   CULLY v. CUTLIP ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 87–5195.   CULLY v. LUTHERAN MEDICAL CENTER.   C. A. 6th Cir.   Certiorari denied.

No. 87–5223.   CHESTER v. ST. LOUIS HOUSING AUTHORITY. C. A. 8th Cir.   Certiorari denied.

No. 87–5234.   BANKS v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 87–5241.   FLETCHER v. HOOD ET AL.   C. A. 6th Cir. Certiorari denied.

No. 87–5246.   LEFFLER v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 87–5247.   MASTERS ET UX. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.